IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff-Respondent, | |
| v. | Case No. 7:22-cv-8037-ACA |
| JEFFREY S. KAILING, | |
| Defendant-Petitioner. | |

**PETITIONER JEFFREY S. KAILING'S
MOTION TO STAY HIS REPLY DEADLINE DURING TRANSIT**

Petitioner Jeffrey S. Kailing respectfully moves the Court to stay the deadline for his reply to the government's response to his amended 28 U.S.C. § 2255 petition. Kailing, who is currently imprisoned at Federal Correctional Institution Sandstone in Sandstone, Minnesota, will be entering Bureau of Prisons transit on April 29, 2025. Kailing is being transferred to Federal Prison Camp Talladega. It is uncertain how long Kailing will be in transit. Good cause exists for this relief because, to his knowledge, Kailing will not receive the government's response during transit and will not have access to legal resources (including legal research and his amended 28 U.S.C. § 2255 petition) while he is in transit. Kailing will immediately notify the Court of his arrival at the federal prison camp in Talladega (or an alternative Bureau of Prisons institution in the unlikely but not impossible event that Kailing is redesignated during transit) via a notice of change of address.

Dated: April 22, 2025

*Jeffrey S. Kailing*
Jeffrey S. Kailing
04008-509—Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

COMMITTED NAME: Jeffrey Kailing
REG. NO. & QTRS.: 04008-509 / F-Unit
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
23 APR 2025 PM 6 L

SECURITY
APR 28 2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Office of
Clerk, United States District Court
Northern District of Alabama
Hugo L. Black United States Courthouse

⇔04008-509⇔
District Court
1729 5TH AVE N
Birmingham, AL 35203
United States

35203-200099