# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **JEFFREY SCOTT KAILING,** ] | |
| ] | |
| Movant, ] | |
| ] | |
| v. ] | Case No.: 7:22-cv-8037-ACA |
| ] | |
| **UNITED STATES OF AMERICA,** ] | |
| ] | |
| Respondent. ] | |

## ORDER

Movant Jeffrey Scott Kailing filed a motion to vacate sentence under 28 U.S.C. § 2255. (Doc. 11; doc. 15 at 7). The government's answer or response to the motion is due on or before May 2, 2025. (Doc. 20). Mr. Kailing has moved to stay his reply because he is being transferred from one prison to another and will be unable to review the response or do legal research while in transit. (Doc. 21). The court **FINDS AS MOOT** the motion for a stay. The court has not yet set a reply deadline for Mr. Kailing and will not do so until after it has reviewed the government's answer or response. *See* Rules Governing § 2255 Cases, Rule 5(d) ("The moving party may submit a reply to the respondent's answer or other pleading *within a time fixed by the judge*.") (emphasis added).

**DONE** and **ORDERED** this April 29, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE