IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**JEFFREY SCOTT KAILING,** ]
]
**Movant,** ]
]
v. ] Case No.: 7:22-cv-8037-ACA
]
**UNITED STATES OF AMERICA,** ]
]
**Respondent.** ]

# ORDER

    Movant Jeffrey Scott Kailing was convicted of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and sentenced to 204 months' imprisonment based on a binding plea agreement and application of a sentence enhancement under the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e). *United States v. Kailing*, No. 20-223, doc. 28 at 1–2 (N.D. Ala. Sept. 30, 2021).[1] Mr. Kailing's operative 28 U.S.C. § 2255 motion to vacate sentence asserts the following claims: (1) his sentence exceeds the statutory maximum because he was not eligible for the ACCA enhancement; and (2) trial counsel provided ineffective assistance by failing to adequately research, advise Mr. Kailing about, and object to the ACCA enhancement. (Doc. 11 at 4; doc. 15 at 4, 7; *see* doc. 18). The government

---

[1] The court cites documents from Mr. Kailing's criminal proceeding as "*Kailing* doc. ___."

has filed responses arguing that Mr. Kailing was eligible for the ACCA enhancement and trial counsel did not provide ineffective assistance. (Docs. 3, 24).

Appointment of counsel and additional briefing will assist the court's resolution of this proceeding. *See* 18 U.S.C. § 3006A(a)(2)(B). The court **DIRECTS** the Clerk of Court to appoint Mr. Kailing an attorney selected from the Criminal Justice Act Panel.

Appointed counsel must file a reply to the government's response **on or before June 24, 2025.**

**DONE** and **ORDERED** this May 13, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE